384 A.2d 1005

Wasson et ux. v. Cubbon Lumber Company et al., Appellants.

Wasson et ux., Appellants, v. Cubbon Lumber Company et al.

Argued November 23, 1977. Ralph L. S. Montana, with him Montana and Montana, for appellant at No. 493, and appellee at No. 497; John E. Egan, with him David P. Brandt, for appellant at No. 497, and appellee at No. 493.

Decree affirmed.

WATKINS, P. J., did not participate in the consideration or decision of this case.

384 A.2d 1005

Western Credits Incorporated, Appellant, v. AMG Sign Advertising Company, Inc., et al.

Argued November 23, 1977. Howard R. Singer, for appellant; R. Lochner, with him Apple and Bernstein, for appellee.

Judgment affirmed.